Brandon SANDERS, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

No. WD 71953.

Missouri Court of Appeals,
Western District.

Nov. 30, 2010.

Brandon Sanders, Appellant pro se.

Bart A. Matanic, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, ALOK AHUJA, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Brandon Sanders appeals the Labor and Industrial Relations Commission's denial of his claim for unemployment benefits. We affirm. Rule 84.16(b). A memorandum explaining the reasons for our decision has been provided to the parties.

In the Estate of Aspen SCHIRO;
Michael Gemkow,
Respondent,

v.

Michelle GEORGE, Appellant.

No. WD 71715.

Missouri Court of Appeals,
Western District.

Nov. 30, 2010.

Elizabeth K. Magee, Esq., Columbia, MO, for appellant.

Kyle T. Hilger, Esq., Columbia, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge Presiding, JAMES E. WELSH, J. and BRIAN WIMES, Sp. J.

## ORDER

PER CURIAM.

Michelle George appeals the judgment appointing Michael Gemkow as guardian of minor Aspen Schiro. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).